UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

January 20, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL ROBLES-SAPIENS

Defendant.

Case No.  2:25-cr-00270 DJC


**ORDER FOR RELEASE OF PERSON IN CUSTODY**


TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MANUEL ROBLES-SAPIENS

Case No.  2:25-cr-00270 DJC  Charges 8 USC § 1326(a) and (b)(1) from custody for

the following reasons:

    x    Release on Personal Recognizance

        Bail Posted in the Sum of $ _____

        Unsecured Appearance Bond $ _____

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

        (Other): _____

Issued at Sacramento, California on January 20, 2026 at 2:00 PM


By:    /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney