ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-270 DJC |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| MANUEL ROBLES-SAPIENS, | |
| Defendant. | |

Leave of Court is granted for the United States to dismiss the indictment against Defendant Manuel Robles-Sapiens. Accordingly, IT IS HEREBY ORDERED that the indictment against Defendant Manuel Robles-Sapiens be, and is hereby ordered, dismissed.

Dated: February 23, 2026

/s/ Daniel J. Calabretta
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL

1